## STATEMENT OF FACTS

1.	The National Center for Missing and Exploited Children (NCMEC) is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children. NCMEC operates a Cyber Tipline and Child Victim Identification program. Through the Cyber Tipline, Internet Service Providers (ISP), Electronic Service Providers (ESP), and individual persons may notify NCMEC of online child sexual abuse images. NCMEC makes information submitted to the Cyber Tipline and Child Victim Identification Program available to law enforcement agencies.

2.	On November 21, 2024, a representative of NCMEC received three separate reports regarding possession of child sex abuse material (CSAM) on an online application from an employee of Google. Google provided the following account information for all three reports, Name: Charles Hilton, verified phone number of, 202-391-3155, a date of birth of May 13, 1985, and two email addresses, hiltoncharles2834@gmail.com, and hiltoncharles4480@gmail.com.

The first cyber tip report ( report# 202611544) contained 1108 files. The Electronic Service provider (ESP) viewed 593 of these files. The majority of these files contain Child Sex Abuse Material. The following 5 videos are part of the files reported and viewed by the ESP:

**Video 1**

| Filename: | 18d0fe24f004292c3ecfbb32c83679c6-VID-20141205-WA0452.mp4 |
|---|---|
| Hash: | 659d0d709174d9f35f5ca323de76effe |
| Viewed by ESP? | Yes |
| Length | 00:04:26 |
| Description | The video shows a light-skinned male wearing a blue shirt inserting his erect penis into a prepubescent Asian female's vagina for |

|  | several minutes. The perpetrator is naked from the waist down. The perpetrator is filming the abuse with a fixed camera in the room and another camera on his person. After he inserts his penis into her vagina, the perpetrator switches the camera angle to his body-worn camera. The victim appears to be asleep or unconscious. She is naked, except for white cowboy boots and white laced leggings. |

**Video 2**

| Filename: | e34170dd4561cd8697194ce033f8a553-1_5082567566832959809.mp4 |
| --- | --- |
| Hash: | e78e9a6db955bbb1bd672f2e7811fe3f |
| Viewed by ESP? | Yes |
| Length | 00:02:11 |
| Description | The video shows two prepubescent females clothed and dancing in front of a camera held by the perpetrator.<br><br>The first prepubescent female is wearing a blue shirt, a light-colored top, and light-colored underwear. She turns away from the camera, lowers her underwear, and shows the perpetrator her naked butt while dancing.<br><br>The second prepubescent is wearing a pink and white skirt, a light-colored shirt, and light-colored underwear. She lifts her shirt to show her breasts to the perpetrator while continuing to dance.<br><br>The video cuts to the second prepubescent female sitting on a bed with her underwear down and her vagina exposed. The camera is moved closer and further away from vagina, and the perpetrator's penis can be seen.<br><br>The video cuts again, and the second prepubescent female is seen on the bed on her hands and knees with her butt exposed. The perpetrator places his penis against her butt, and the video ends. |

|  | The song "Run (Extended) by Milk Inc. is playing throughout the video, but it appears to be dubbed audio as the original video audio cannot be heard. |
|---|---|

**Video 3**

| Filename: | 599cf139328c1b47b1d0b9b2943490bf-2017-07-04 12.30.16(1).mp4 |
|---|---|
| Hash: | 07590df7fe1021dde2908f8c2bb8d4c4 |
| Viewed by ESP? | Yes |
| Length | 00:00:41 |
| Description | The video shows a prepubescent female with black braided hair and a pink top manipulating what appears to be an adult male's exposed penis with her hands. The prepubescent female then places her mouth on the penis.<br><br>The perpetrator is a black male with a light-colored top and dark-colored bottoms. There is audio; however, no words are exchanged. |

**Video 4**

| Filename: | 4cafd1f99377fedfe79a60f4d021bed6-1_5131906965718434316.mp4 |
|---|---|
| Hash: | 2c404717c39cbf40bbf4a9edfdaedae8 |
| Viewed by ESP? | Yes |
| Length | 00:00:06 |
| Description | The video shows a prepubescent light-skinned female on her back wearing a pink top. She is naked from the waist down. A light skin adult male, who appears to be completely naked, is penetrating her anus with his erect penis. |

**Video 5**

| Filename: | 321ef70b84b61d1251359b2b2936c0a8-4_6048745680116123645.mp4 |
|---|---|
| Hash: | 0748a1ece18613c49bf78f331b6ae2b0 |
| Viewed by ESP? | Yes |
| Length | 00:02:50 |
| Description | The video shows a black prepubescent female naked from the waist down, lying on her back on a bed. She appears asleep or unconscious and has black braided hair, a black top, and |

|  | light-colored underwear around one of her legs. The hands of what appears to be an adult black male begin to manipulate, spread, and penetrate her vagina digitally. The adult male appears to use his saliva to lubricate the area and wipes it off with a blanket the female is using when he is done. |
|---|---|

3.      The second Cyber Tip (Tip/Report# 202662841) contained 12 files from the same ESP as described above (Google) containing the same user information as described above. The majority of the files depict a black male filming children as they are asleep. The following is a sample of those files.

**15ea8cea48543c86fbf23b4c8f8fd98e.mp4-** This video file depicts a black male filming a young black female teen as she is asleep. The male is seen near the child's knee. A light-colored hardwood floor is visible in the video.

**45b0743b12a89d2d836830d75e00bb45.jpg-** This is image file depicts a black male sitting inside a vehicle.

**c12c11c1cdc3c51c6eedc3a873c38c3e.mp4-** This video file depicts what appears to be the same girl described in the first file lying in a bed wearing shorts. A person is filming her buttocks area as she is asleep.

The third cyber tip (tip# 202662883) provided by Google contained 20 files all viewed by the ESP. The user information is identical to the first two cyber tips. The majority of the videos depict a black male filming children as they are asleep. The following is a sample of the video files:

**1ee808f8a332cf4aacc4b7ed63ea8f2e.mp4-** This video file depicts a black male pulling down the pajama pants of what appears to be a child as she is asleep. The male is exposing her buttocks with her underwear on. The male's hand is visible in the video.

**2dfbfac3a253b85f842abe65cf057d3b.mp4-** This video file depicts what appears to be child wearing a red shirt and green tights lying on her stomach. A black male is seen squeezing the child's buttocks through her tights and ribbing his fingers up and down the girl's buttock's crack.

**5d930a85613bb95ed29be2b2d30fe1dd.mp4-** This video file depicts a hidden camera capturing a child asleep in her bedroom. A black male is seen entering the room with a cell phone in his hand, he approaches the child and places the phone near the child's buttocks.

**d7d37ff47e7973f311f6e7824887adb4.mp4-** This video file depicts a black male pulling down the pajama pants and underwear of what appears to be a young teen girl. The male is spreading the girls bare vagina and anus as she is asleep.

4.   Metadata provided by the reporting ESP for the file "5162ae9ec05ae54f975c7a2c344fe252-IMG_3062.MOV", which was one of the video files included in the Cyber Tips, appears to include the following latitude and longitude coordinates: "38.9172, -77.00139999999999" Possible Google Maps result for "38.9172, -77.00139999999999": 350 U St NE, Washington, DC 20002. This file depicts a black male filming a child as she is asleep.

5.   On May 27, 2024, a 13-year-old resident of 350 U Street NE DC Apartment 304 reported a family disturbance at the residence to the Metropolitan Police. The affiant reviewed the Body Worn Police camera of the officers and observed what appeared to be a young teen similar to the one in the recordings described above at the residence. The flooring observed on the body worn camera appears to be the same flooring that is seen in some of the videos described above.

6.      The "selfie" image of the black male sitting in a vehicle, described above as one of the images contained in the Cyber Tips, is visually similar to a photo of Charles Hilton from a previous arrest.

7.      A subpoena for information associated with an IP address used to access the Google account that was the subject of the Cyber Tips on October 25, 2024, indicated that the phone number associated with that IP address was 202-666-4960. On November 26, 2024, an emergency data request was sent to T-Mobile for 202-666-4960. T-Mobile provided subscriber information for this account, which indicated that the subscriber is Charles Gordon HILTON. An emergency order for prospective cell site data associated with that number was issued and as of November 26, 2024, the location data indicated that phone number 202-666-4960 was in the vicinity of 350 U Street, NE DC.

## CONCLUSION

Based on the foregoing, there is probable cause to believe that CHARLES HILTON, the defendant, committed the offenses of Possession of Child Pornography in violation of 18 U.S.C. 2252(a)(4).

_____
Timothy Palchak
Senior Police Officer
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on November 26, 2024.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge